UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BILLY JOE HANSEN,

       Petitioner,                          Case No.  2:12-CV-193

v.                                     HON. GORDON J. QUIST

JEFFREY WOODS,

       Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 16, 2015.  No objections have been filed pursuant to 28 U.S.C. § 636(b).  Thus, the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 16, 2015 (dkt. #33), is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition pursuant to 28 U.S.C. § 2241 is **DENIED**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, a certificate of appealability is **DENIED**.

This case is **concluded**.


Dated:  July 15, 2015                                                              /s/ Gordon J. Quist
                                                                                  GORDON J. QUIST
                                                                  UNITED STATES DISTRICT JUDGE